# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON L. CARR,<br><br>Defendant. | PO-23-05049-KLD<br><br>VIOLATION:<br>F01E0029<br>Location Code: M5<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for July 17, 2024, is **VACATED**.

DATED this 17th day of June. 2024

*/s/ Kathleen L. DeSoto*
KATHLEEN L. DESOTO
United States Magistrate Judge